UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENT KING,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>O'REILLY AUTO PARTS,<br><br>　　　　　　Defendant. | NO: 2:15-CV-230-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Before the Court is the parties' Stipulated Motion for Order of Voluntary Dismissal with Prejudice of Plaintiff's Claims, ECF No. 43.  Having reviewed the Stipulation and the record, the Court finds good cause to grant dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Order of Voluntary Dismissal with Prejudice of Plaintiff's Claims, **ECF No. 43**, is **GRANTED**.  Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1 **IT IS SO ORDERED**. The District Court Clerk is directed to enter this

2 Order, provide copies to counsel, and **close this case**.

3     **DATED** July 20, 2017.

4

5                          *s/ Rosanna Malouf Peterson*
                          ROSANNA MALOUF PETERSON
                            United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2